RON S. KAUFMAN (SBN 61685)
Ron_kaufman@fenkauf.com
JOHN C. KEITH (SBN 229755)
John_keith@fenkauf.com
FENIGSTEIN & KAUFMAN
A Professional Corporation
1900 Avenue of the Stars, Suite 2300
Los Angeles, California 90067-4314
Telephone:  (310) 201-0777

Debra A. Clifford (*pro hac vice*)
dclifford@gibbonslaw.com
Jason R. Halpin (*pro hac vice*)
jhalpin@gibbonslaw.com
GIBBONS P.C.
One Gateway Center
Newark, NJ 07102
Telephone:  (973) 596-4843

Counsel to James R. Zazzali, Trustee for the DBSI Private Actions Trust

STEVEN F. SCHOSSBERGER (SBN 178494)
sschossberger@hawleytroxell.com
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone: 208.344.6000

Attorneys for Defendant Finance 500, Inc.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. ZAZZALI, Trustee for the DBSI Private Actions Trust,<br><br>Plaintiff,<br><br>vs.<br><br>FINANCE 500, INC.,<br><br>Defendant. | Case No. 8:15-cv-00503-JVS-JCG<br><br>**ORDER GRANTING STIPULATION FOR PROTECTIVE ORDER** |

## ORDER

The Court, having considered the Stipulation For Protective Order (the "Stipulation") entered into by and between plaintiff James R. Zazzali and defendant Finance 500, Inc. and filed with the Court on January 19, 2016, and good cause appearing therefor, hereby orders as follows:

1. The Stipulation is granted.
2. The Stipulation is incorporated by reference as if set forth herein in full, and from and after the entry of this Order shall have the force and effect of an order of this Court.

IT IS SO ORDERED.

Dated: January 22, 2016

_____
Hon. Jay C. Gandhi
United States Magistrate Judge