JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| James R. Zazzali,<br><br>            Plaintiff,<br><br>    v.<br><br>Finance 500 Inc.,<br><br>            Defendant(s).<br>_____ | SACV 15-00503  JVS (JCGx)<br><br>ORDER OF DISMISSAL UPON<br>SETTLEMENT OF CASE |

    The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

    IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 30 days</u>, to reopen the action if settlement is not consummated.

DATED: March 10, 2017                      _____

                                                               James V. Selna
                                            United States District Judge